In The United States District Court
For The District Federal
Court of Delaware

Sir Tiwaz
a/k/a Cea Gleanbead Mai
  Plaintiff,

us.

Cpt. Adrienne M. Hanna etal,
  Defendants

Case No. **24-02353**

FILED
FEB 22 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

42 § 1983

Prisoner Civil Complaint

Dated & Signed & Mailed:
1/22/24

Sir Tiwal
a/k/a CEA GLEANBEAD MAI
#662660
SCI
PO BOX 500, Georgetown, DE 19947

I.

# Table of Contents

| Title | Page |
|---|---|
| Cover Page | I. |
| Table of Contents | II. |
| Defendants | III. |
| Violations Listed | V. |
| Summary of Facts. | 1 |
| Facts | 2 |
| Count One | 2 — 5 |
| Count Two | 6 — 8 |
| Count Three | 9 — 12 |
| Count Four | 13 — 15 |
| Count Five Background/Descriptions | 16 — 25 |
| Count Five | 25 — 30 |
| Results | · 31 |
| Exhaustion | 32 |
| Relief Requested | 33-34 |
| Plaintiff Information | 35 |
| Exhibit A (Grievances) | MSC. |
| Exhibit B (Sworn Statement) | MSC. |
| Exhibit C (MSC. Applicable Evidence) | MSC. |
| Attachment 1 (IFP & 6 Month Statement) | MSC. |

II.



_Defendants_

Unless otherwise stated, all defendants address
known to me is as follows:

Sussex Correctional Institute
PO BOX 500
Georgetown, DE 19947

| Name | Known Rank | Name | Known Rank |
|---|---|---|---|
| 1. Adrienne M. Hanna | Captain | 10. Michael Maans | Lt. |
| 2. Cerisini | Warden | 11. Shanna | M.H. Director |
| 3. Wise | Deputy Warden | 12. Erin | Head M.H. Therapist |
| 4. Milligan | Major | 13. Clenedenings (Note: | Cpl. (Prior Sgt.) |
| 5. Mitchell (Young one; | Cpl. (Denied Sgt. | Various Spellings) | |
| 6. family works here to) | as result) | 14. John Doe | Unknown |
| 7. Jane Doe | Unknown | 15. John Doe | Believe Chaplain |
| 8. Scott Bradley | Captain | 16. John Doe | Rory Russell, but |
| 9. Bill Evans | Treatment Admin. | 17. John Doe | Cannot confirm yet |
| | | | at time of filing |

Due to the layered complications SCI has caused and
unknown variables of who's involved, Multiple John Doe's are
listed because the defendants are unknown/their exact
participation.

III.

Left
Blank
Intentionally

IV.

## Constitutional Rights / Statues
## Believe Violated

1. ADA - American Disability Act
2. 1st, 4th, 5th, 8th, 14th of the United States Constitution
3. Religious Land Use and Institutionalized Persons Act
4. Religious Freedom Restoration Act of 1993

V

Left
Blank
Intentionally

VI.

<u>Summary of Facts</u>

1. The petitioner Tiwaz[1] ("Sir[2] Tiwaz") was attacked multiple times resulting in irreparable mental harm and irreparable, without cosmetic surgery, physical harm. These attacks were preventable and warned prior to their occurance, well in advance, and moments before it happened, with plenty of time to prevent. The defendants refused to stop the harm and attempted to shift blame upon the petitioner. Then upon complaining, politician Eric Morrison becoming involved and petitioners loved ones the defendants then destroyed Tiwaz's property multiple times. Petitioner then was threatened if Tiwaz ever complained again by two of defendants, and as a result was hospilized a third time and nearly died. Then the defendants collaberating together, after being threatened with a lawsuit, created an experimental program issuing a bogus write-up in violation of policy and quiet literally disabling all of petioners actions (e.g. destroyed personal mail stating could not have it, chose what book Tiwaz could read, decicled when Tiwaz could speak to, interviewed other inmates providing info and dictating their interaction with the petitioner, removing access to law library, any phone calls including legal, and more like religious access). They (the defendants stated it was a result of the three hospilizations and to teach the petitioner a lesson not to get in those situations, grieve, file <u>PREA's</u>, or lawsuits.) Today they continue to threaten Tiwaz.

[1] Tiwaz is the name being used as a collective name for all the different names the petioner has gone by due to mental struggles; petioner has a name change pending to emcompass such[2] Sir is knighthood.

①

## FACTS

2. Defendants continue to be not only delliberetly indifferent to my safety, but also encourage harm to me by other staff and inmates, or forcefully encourage illicit behaviors in order to survive.

## COUNT ONE

3. In the beginning of the year 2023, I was sexually assaulted and forced to swallow an inmates cum. Another inmate witnessing the event walked in seeing me afraid and pushing the other attacking inmate (Nathan) away; the interfering inmate stopped further attacks and reported what he had witnessed to officer midnight shift John Doe. John Doe had to be woken up to recieve said report.

4. Prior to the incident Security Superintendent Major Wise (Now Deputy Warden Wise) was informed I was in fear for my safety and needed to be moved out of STB (Stan Taylor Bldg) Likewise was Lt. Michael Maans and Cpt. Hanna of the PREA Dpt, along with Cpt. Mitchell of I.A. ("Internal Affairs") Dpt. All four people insisted I was safe in Stan Taylor Building because it was an open dorm. I argued placing me in an open dorm with serious security threats was an open blood path, provided opportunity to be attacked from everyside, and provided no safety a cell/room would with a door where I could see

my attackers coming, bottleneck them, and hear them coming
if they came in my room. I made it clear there were threats to
rape and kill me, and having a female birth certificate
contributed to my safety issues. All four of defendants herein
mentioned I was safe far as they were concerned and I would
"not be entertained." I also noted their officers are not alert,
sleep, on drugs, encourage attacks, share information, and
contributed to my safety issues. One officer I mentioned
specifically was Sgt. Clenndings (Now, a Cpl. due to this
incident.) I was outright called a liar, despite camera's, and
told to stop and "lay down my sword." A smart remark for
my tendency to advocate/fight for my rights and coming from a
line of knights. All four defendants stated the same thing.

5.   The midnight John Doe officer did nothing. On 8-4
shift Sgt. Clenndings arrived. I informed him of the
incident and he stated, "Get away from me. Get over it." Sgt.
Snyder arrived later (she was the O.I.C. - Officer in charge)
with Sgt. Clennding I explained in detail to her what had
transpired between Nathan & I, and by that time I had learned
Nathan did such in efforts to give me HIV & Hep-C. Sgt. Snyder
asked if I was admitting to a PREA ("Prison Rape Elimination
Act"); I confirmed I was admitting to one being done against me
and a witness had already come forward. She left the Quad (B).

6. I was left there at Sgt. Clenndings desk who asked, "why are you still here?" I told him "I'm in fear for my safety. I'm scared. This stuff is still inside me." He ordered me away from the desk and stated that's what I got for being gay. Scared and unsure what to do I returned to my witness, an inmate, for protection. He instructed me to my bed while he handled it. Nathan approached the bed and threatened to kill me for telling on him and would kill whoever the witness was (he didn't know), Said witness Hough stepped in front of him providing me time to escape to the officers desk (located on the Quad/Tier).

7. Upon arrival to the desk, I spoke to Sgt. Clenndings and told him I did not feel safe and the guy (Nathan) who had sexually attacked me was now threatening to murder me. He would not let me leave the Quad and instead ordered me to sit at table in front of the desk and laughed. He made a phone call, and as I heard him repeat by phone what I told him he laughed. He called me back up to the desk and told me he didn't care.

8. Nathan sped toward the desk and I begged to be let off the quad by Sgt. Clenndings and was denied. Nathan then beat me, threw Sgt. Clenndings against the wall, drug me around and continued to beat me in the head and ribs. It resulted in me recieving 5 broken bones, bruised rib, and a

torn rotary cuff. The Sgt got Staples in his head.

9.     Lt. Michael Maans met with me after the incident before I was rushed to the hospital (BeeBe) with blood pouring everywhere. He took photo's and I begged him not to return me to STB, that it was not safe, I did not feel safe in a dorm. Th

10.   I was returned to STB right after my hospital visit. I filed a plethora of grievances, PREA reports, and letters pursuant to policy 4.4 informing them of more danger, not feeling safe, and exhausting my remedies for the incident involving all defendants for this Count 1.

11.   There continued to be a disregard for my safety. Major Milligan, Deputy Warden Wise, Cpt. Hanna, and Lt. Maans replied to the above (Paragraph 10) exhaustion and insisted I was safe and it was an isolated incident. I applied for Protective Custody, I begged for Merit (Minium Security Inmates like myself) or Miniumal builing. I was denied. This was not an Isolated incident, as all of the attacks, except one, had occured in STB. Stabbings, assaults, and more against me. STB houses Max Security inmates, minium, and medium, and lifers all mixed together.

## COUNT TWO

12.  On or about October 1, 2023 at around 1430 hours I would suffer yet another gruesome attack and more irreparable harm. Where I would have to endure 1st, 2nd, and 3rd Degree Burns. An incident preventable and forewarned the individual was a danger to my life, and he was made and threatened to kill me because I turned him down.

13.  Prior to the below detailed attack a letter was given to Officer Christene Russell where it stated my attacker had come onto me several times asking to have sex with me. I had politely turned Bryan (who went by the name Manchild) down. He in turn after being turned down more than once cussed me out, stated he'd make me pay and kill me in my sleep. She stated, "I see no reason to 2ct he seems fine now." I requested to move or have him move as he slept right next to me. Mrs. Russell denied my request stating, "You'll be fine.

14.  I was then called out to speak to Sgt. Palo & Lt. Callaway who asked me what I wanted to do about the incident; I was only called out after reaching out electronically to Major Milligan and filing a PREA report[3], both in compliance with policy 4.4 exhaustion. I told Sgt. Palo & Lt. Callaway I wanted to be placed in protective custody & made safe, or transferred to a

[3] All PREA reports, at this time, and managed and 2ction/orders to 2ct solely fall on the shoulders of Lt. Michael Maons & Cpt. Hanna



minium security bldg. They denied my request and sent me back to my quad.

15.   On September 29, 2023 Dr. Raab filed a 11-E-14 paperwork stating clearly, supported by unknown security, that due to my DSD (Developmental Sex Disorder) and based off Security safe housing of other inmates in my similiar situation or close to me (e.g. transgenders), housing me in a dorm was the most unsafe thing to do. That I should be housed in a minium security building. The request was denied.

16.  A few days later Lt. Michael Maans procided over my Classification and insisted I stay in STB and "find a way to make (myself) safe" and "stop burdening SCI and the PREA Dpt." I screamed, "How many more times do I have to be hospilized before I am taken serious?" I was ordered back to my tier, he stated, "your being irrate. Go back before I spray you."

17.  On October 01, 2023 at around 1430 hours, an inmate Bryan Manchild, boiled baby oil mixed with water right in front of the officers desk, and before Cpl. Mitchell. Cpl. Mitchell stood there as he watched Bryan (An Inmate) walk slowly with a 7.5 quart bowel well over 15 feet to reach me. Cpl. Mitchell did not react. Or scream. or call a code. He just

⁴ While staying in STB, unlike minium bldg's I'd been housed in, I had been stabbed, raped, needed stitches, had to utilize PCO for safety, and continuously have my property destroyed and denied work.

(7)

watched. The officer working prior was officer
Christine Russell who had been specifically given the letter
stating the danger Bryan was to me. Her job was to pass
any security dangers and threats down to her relief. Lt.
Callaway had stated along with Sgt. Palo that, "All officers
will be made aware of the risk and Bryan's threats that
work your tier. Happy." Bryan poured oil, the entire
bowel on me from behind. I ran off the tier struggling
to remove my t-shirt and bra.

18. Sgt. Snyder responding demanding, "What happened?
What happened? Speak before I . . ." My mind drowned
her out and I screamed that boiling oil was poured on me.

19. On October 5, 2023 a grievance was filed. I'd
suffered 1st, 2nd, and 3rd Degree burns. All relief or
amends in the matter was denied and/or reversed. All
reversal of anything provided to prevent another incident were
done by Warden Cersini, Deputy Warden Wise, Major Milligan,
Cpt. Hanna, Lt. Michael Maans, and Mental Health Director
Shanna & Mental health therapist Erin.

20. After some times, as burns are unpredictable, when the
extent of damage was recognized/made known, another grievance
was filed asking for relief. That grievance was unprocessed stating
relief was beyond the scope of the exhaustion process.
⁵ GTL #378070501, DACX # 612970  ⁵ DACX # 612733

⑧

## COUNT Three

21.  As stated in Count Two Boiling oil was poured on me. Cpl. (Ranked Sgt.) Mitchell, John Doe, Lt. Michael Maans, Cpt. Hanna and others were given prior warning of the safety concerns and did nothing. They were told over to over I am Not safe in STB and it was not safe to house me in a dorm. Today they are told the same thing and instead now had to get in two fights, one shank fight recently to defend myself, as staff[7] have refused me in STB. It was made clear of this and again made clear when I filed a grievance[8] for this Count (3) that the safety risk are 6 were present and why.

22.  After the October 01, 2023 incident, Cpt. Scott Bradley 6 Cpt. Hanna responded while I was in the hospital prison infirmary, I had just returned from BeeBe hospital burn unit. They announced I was going to Merit Bldg (A minium security building) and then proceeded to threaten me. They stated "if you file one Complaint (against a celly they chose for me they stated and said was zero risk) about my celly or anything (I) would be thrown back in STB No questions asked." Cpt. Bradley added to the unison statement, "In fact I will personally toss you on A-Quad." A-Quad houses many of the inmates that have attacked people like me and even in prison for killing people like me. There is no way to keep the quad's seperate I Staff included whenever referenced to the Administration composed of Warden, Deputy Warden, Major Milligan, Cpt. Hanna, M.H. Director Shama, 6 Lt. Michael Maans.[9] €i2733 6615470

(9)

when housed in STB. They made me afraid to report anything.

23. The celly they gave me, was an ex of mine who was very abusive. His name was Darren Colt Weiford. A man who had a very long history of preying on people like me and if someone like me refused him or broke up with him, he would beat them or try to kill them. In fact he was in prison because his ex-Amber broke up with him, refused him, and ran to a motel. He made it clear on facebook he was going to kill her for it, so she could die in-love with him. He waited till she went to sleep, snuck in and shot her in the head, and the only thing he states regretting to date was murdering her in the same month of her father's birthday. This was the celly very specifically chosen for me by Cpt. Hanna & Cpt. Bradley themselves.

24. Out of fear I did not complain. And Darren further was involved in a romantic relationship with Cpt. Hanna & met with her "privately" and out of camera's sight regularly when Darren worked commissary pre-trial. He made it clear that he knew what Cpt. Bradley's & Cpt. Hanna's threats were and could have me moved at any time.

25. Using threats, choking me and more. Darren forced me to file reports (one against a Brandon Flood), he drugged

10

me with Meth, unbenounced to me in my water
Causing me to stay awake for a week and then after
that he conviced/forced me to swallow 47 of his
heart pills and I nearly died.

26. When I returned from the incident, I was held in an
icecold cell, denied all mail, phone calls, access to anyone,
denied showers, toothbrush, toothpaste, any hygiene, denied
any freesh air, and any natural light. In fact three flouragent
light were turned on in the cell and never turned off. I
was NOT there for any PCO reasons. No blankets or
bedding or change of clothes was provided. Cpt. 7Hanna
Stated, "You will stay here till you coperate." Cpt. Bradley
came by and echo'd that statement. M.H. ("Mental 7Health")
Brin echoed that statement and added, "it's your fault for
getting involved in the incident."

27. Prior to the incident esclating to that point I had
reached out to Major Milligan and the PREA Dp't, I filed
tickets on the tablet letting them know I needed a different
celly and Darren was trying to kill me. They were not
responded to, though read. And filed pursuant to 4.4.

28. Finally, I agreed to coperate after 20 days of enduring
the above harsh conditions. And asked, "What do you want
from me?"

29. Cpt. 7Hanna & Cpt. Bradley stated "This is all your

fault not ours that you keep getting attacked. Admit it
or you can stay here. Referencing the icebox cell they had
me in where I could see my breath at night. I was
then instructed I was not allowed to file PREAS or
grievances if I wanted to be safetly housed in Merit
bldg. I had no choice, but to agree.
30. I did all they asked and was still transferred out of
Merit Bldg. When Cpt. Hanna was questioned why I was
being transferred back to STB where I was in fear for
my life and safety. She smirked saying, "Cause I said
so. You'll come back... maybe... in a year if you prove
you can look out for your own safety."
31. I was placed back in STB and then threatened to
be placed in CRU by Cpt. Hanna & Mental Health Director
with Bryan who was being housed here if I didn't
coporate. Bryan was the man who poured oil on me. Cpt.
Hanna stated that Deputy Warden Wise, Major Milligan,
and Warden Cerisini also wished for the same thing.
During Being held again from 11/16/23 to 12/5/23 in the
icebox, I had met with those three, who disreguarded
all my safety concerns and stated they approved an
experimental program.
32. This was grieved, and addittional reluant details (see
    Exhibit A)

COUNT Four

32. I was then transferred back to STB, and to the same exact quad where boiling oil was poured on me. Along with other sexual & physical attacks. I am and was denied any PTSD treatment. This occured on December 05, 2023.

33. I was transferred onto the quad with people I previous substantiated PREA's where I was the victim and with an inmate who would attack me while I was sleeping, in front of guards desk.

34. I was placed back in front of the guards desk and in spite of telling Cpt. Hanna and Sgt. Biles I was in fear for my life, I was forced on the tier or threatened by Cpt. Hanna to be placed around my attacker (Bryan) in CRU where he was being housed.

35. The same incomptent officers were working including Sgt. Clenedening (sometimes he spells it Clennding and various other spelling on his name tag for some reason. He was the officer present when my bones were broken). This Sgt. causes and has a history of causing major security problems for me; he spreads slanderer and talks about PREA cases with inmates, causing me to be a target of both physical and sexual attacks. He was ranked down to a Cpl. for this and the way he handled the incident when

13

I got broken bones.

36. When I arrived on the quad I made it clear I do Not feel safe. And did not wish to be on the quad. Or the building. I even offered to be placed in isolation; anywhere long as I wasn't placed on the quad. I filled out PC paperwork. I was still placed on the quad and in the building.

37. Additionally, the same exact incompetent officers were placed in charge of my welfare and worked the quad. They also were placed in charge of how their fellow officers operated when not working the quad. "They" includes the following officers: Officer Mitchell (Ranked down twice; in fact he is working the quad today 8-4 and I informed Sgt. Snyder and Sgt. Brown that I do not feel safe, nothing is being done. Made it clear there are things happening on the quad and in the building that I can't afford an incompetent officer working. He stated We aren't going to move the officer. So, I said then Move me to THA, the hole, CRU, I don't care. I don't feel safe. this is 1/15/24. They have refused to act.), Sgt. Snyder, Cpl. Clenedening, Officer Christine Russell.

38. After I was then informed that, per Cpl. Hanna

14

and Mental Director Shanna and mental health
therapist Erin, I had been placed in an experimental
program; that they were labeling as a Behavioral
Modification program. They alleged the program
was placed because I won't stop filing PREA's,
Safety reports, getting their officers "heened
up" (i.e. in trouble for breaking the rules), saying
I was in danger, getting raped, getting sexually
assaulted, stabbed/cut and more. And, that I
needed to learn my lesson, Stop using the system,
Stand on my own two feet, Stop asking for my
religious right and other rights to be upheld, and
when all else fails not to turn to death. In other
words, be a convict/criminal and look out for
myself no matter what inmates or officers did.

(15)

COUNT FIVE

39. According to the paperwork, that only provides limited details of the experiemental "ever evolving" program, that only when a segment of the program is completed do I get copy of that "phase", I was forced into the experiemental program on _____. The program allegelly one year long.

40. This program targets so much and does so much harm, to understand the extensiveness of it, I must provide some background, understanding of prison settings/thought/interactions/etc., as having this understanding is imperative to comprehending the torture of this program. The explain, what I know "so far" reguarding the ever evolving program.

## Background

41. Prison is a different country and SCI even more so. SCI is ran differently than it's sister prisons of JTVCC and Gander Hill and BWCI. It in short, and I wish I was joking, is ran by staff that are sent here often from JTVCC because they get off on torturing inmates, and at SCI they can get away with it. No criminal charges, nothing. And what they can't get away with they push inmates to do or pay them.

(16)

42. The mentality is different also and everything is about control and making money. These are not the cases for JTVCC and other prisons at this level. e.g. JTVCC provides Computers you can type at and if legal printing they do not charge you for copies, as they take it from an inmate funding recieved for prisoners. SCI will provide a typewriter, you pay to use it, you pay for the paper, and you pay $0.25 a page for any legal paper or copies.

43. Environment
   • SCI is a small prison. This is a contributing factor because you will run into everyone in the prison at any given time and there is no way to safetly seperate inmates, unless you as an inmate are housed in Merit Bldg and never leave the bldg. To do such you'd have to refuse medical, mental health, and any job that permits jobs outside the prison.
   • SCI is comprised of only four Bldg's for Sentenced inmates. These bldg's, presently, are called Merit, Minium, Medium, and Stan Taylor Building (a/k/a Key South Bldg and P.I. Bldg).
      — STB or Stan Taylor Bldg is known as the flow down or flow up bldg. This means it is the worst of the worst. No matter how low or how high your points,


(17)

no matter how much time you have to serve and no matter what your in for, no matter your orientation, or what gang your affiliated with, or your illicit history against inmates or officers, you are housed in STB. Furthermore, if you get in trouble for anything, lets say'n stabbing or assaulting another inmate, you go to STB. From there you go either to Minium, Merit or Medium as you improve your behaviors. Ideally those who are classified as PSV (Potential Sex Victims) and other potential victims are housed here, as Officers do Cashapp bets to trigger attacks on these inmates so they can be transferred to JTVCC or for the inmate to learn not to bother officers w/work. The officers spend their day primarily playing video games on the computer that is provided (Not needed) at their desk or watching "bootleg" (illegally obtained/streamed) movies. When they aren't doing that, they sleep instead of guarding. So, to cause work is to prevent them from making $75,000 to $200,000 a year with overtime's to do the above. STB becomes the training ground to do this.

• Medium is the primary bldg for those fully

conversated and do not come accross as "apparently" gay. (i.e. Not transgender, flamboyant, & etc.) and are willing to fight, keep their mouth shut and provide funds to officers to bring in tattoo ink, cellphones temporarily (mostly delivered in the hole now that it's in MSB), drugs, shoes, watches, and other items. As a reward, you are guarenteed a job, provided a W-2 so you can file taxes, and unless someone drops a note your left alone. Don't make the C/o's work and they won't bother you is the rule. You also are provided and/or permitted your own personal TV, playstation, and are first to be chosen for select programs. You also have access to safer and more private (NOT 100%) showers. And can maneuver so you can use the toliet privetly also.

— Minium is the same as medium except it is shortimers with less than 5 years generally speaking, and you are provided a cell with 3 other roommates. This is an extensive perk and greatly reduces security worries for an inmate because you only have to worry about and play politics with 3 other inmates.

— Merit. Bldg is the prime bldg to be in. The inmates there pretty much do whatever the want. Same rules as Merit. Work is guarenteed. You have your

19

own cell you share w/one other inmate. You are guarenteed fresh air everyday and whenever you want long as there is light outside. You are provided plenty to eat (e.g. STB for a salad you are given 4-6 pieces of lettuce about the size of a half dollar, one thin slice of a cucumber, teaspoon of shreded carrots, and if your lucky a tomatoe the size of a nickle. In Merit Bldg you can get a whole 1.25 quart bowel of salad if you want. Any extra on the food carts in STB are tossed out.) The most money for drugs, staff selling their vagina, and everything else Merit is the hub for.

## Food

As described above, unless you are housed in one of the other three bldgs other than STB, you will always be hungry if you cannot afford to Commissary. Prices for food are same as the street, without sales or coupons.

## Lights

STB, in my situation and many, has a floursant light on that never turns off and is fully bright around the clock.

(26)

## Oddities

- STB has a painted yellow box on each quad where inmates are expected to call it the "Dummy Bunk." You are placed there when you advocate for your rights to much, practice beliefs they (DDOC or SCI) doesn't want, or any action that becomes overt, so that it draws attention to you, and makes the officers work rather than play on their computers or sleep.

- When your temperature is take, it is done with a thermotar called a gun and is pulled like a trigger

- If you cannot afford to pay another inmate to handwash your clothes, yours is washed by the institute in a soap that anyone sitting accross from you will become nauseaus.

- If you have a 7+SD or GED, you will do more prison time. If you don't you are enrolled in school and recieve 5-10 days off your sentence each month for attendence. This is reguardless whether you are doing your own work or paying an inmate to do it.

- In STB you are lucky to get fresh air or walk outside

(21)

more than once a week.

• Any officers under investigation or got caught doing crimes, work STB by force till their investigation is over.

• STB is designed and ran so officers do NOT have to work. This means doing all they can to keep inmates on their bunks or away from the desk, on drugs... - in short docile.

• Nearly the most majority of STB are drug addicts, and if they aren't they are converted by inmates or staff, the placed on what is called MAT's (Medical Assistant Treatments); synthetic drugs that the staff alter, and make substantial money for each inmate that is on the drug. They recieve funding from the state and government.

• Each STB Quad only has 6 phones, yet nearly 70 inmates on the Quad with only

• Officers have gotten away with murdering inmates. And still work here. Last year one was killed. And the year prior, he was thrown down the stairs and murdered.

22

- If your liked you get medical treatment, if not and you have cancer even or in the middle of a heart attack, you will be ignored by officers and left to die. Unless they know that you have lawyers.

## Social

- Simply put imagine the dramas of High school all over again set back in the 80's, but 80% of your classmates education doesn't exceed 3rd grade for most subjects and 4th for others. 6oh, now add in all your fellow students are easily impressionable like a five year old, with only some exceptions (Those exceptions are nearly almost always Aryans/whites and only if not drug addicts), they listen to teachers (officers) words about fellow classmates like it's true. Now place this in a small state like Deleware, making it so officers and inmates personally know each other causing them to be bias. Now, imagine you are a person from a different state thrown in all this, but have a college education, don't have a criminal metality, your the only inmate with a female birth certificate, and you never grew up w/ street lingo/etc. Now throw in the fact your fellow classmates are housed around you 24-7, in an open dorm (like STB) are murderers, thiefs, serial

(23)

rapist, bully's, extremist, and more. And these are
mostly convicted w/physical evidence, not he
said she said cases. So all that, that's the
environent socially I live in. Meditate on that and
all the problems it can cause. Now, finally imagine
they mix 3rd grade all the way up to 11th grade
all in one open dorm. No way to escape. No room
to go to get away (like merit or minium), you can
barely go outside to breath. Got that? Well, welcome
to STB.

### Jobs of STB

There are 340 people (inmates in STB), and
on average there is no less than 200 at any given
time. There is only a total of 34 jobs. Two of
those are only given to inmates all the officers of
STB favor, as they'll get real coffee, jerky, and etc.
and be working directly for the officers. Only 8 jobs
are available on each quad. These job pay
approximently 6 CENTS an hour. It comes out to
no MORE than $21.70 A MONTH paid on the 7th of
each month. Except for your uniform and coat you get
when they feel like it and for as long as they feel like
it, you will have to buy all your own clothes and
hygiene minus toiletpaper. Everything else is either not

available or NOT useable. If your people are not sending
money in, if your not favored by staff, your options
for getting funds are washing clothes, making cards,
selling drugs, clo's bring in, and prostitution. Or
being someone's bitch and getting yourself a sugardaddy.

<u>Count Five Experimental Program</u>

41. Now we have established all of that, let us now
draw our attention to the forced expiermental program,
that is in addition to all that and what restrictions &
hinderences of it I know so far, as it evolves and
changes to adapt and present more torture if those
enforcing it (Warden Cersini, All STB Staff, Deputy Warden
Wise, Major Milligan, Cpt. Hanna, Lt. Michael Maans,
M.H. Therapist Erin, Mental Director Shama, and Doctor
Drevno.)

42. Bear in mind this experimental program was put in place
directly after threatening to sue and as a result there of. If
you don't pretend to go with it, worse happens.

43. Finally it is imperative to remember SCI control every
single aspect of your life. You walking, bathroom use,
eating and what you eat and even how fast, sleeping how
long, where, everything is utterly controlled. It is
imperative this be kept in mind.

44. What I have learned of the program thus far, I have
grieved and exhausted my remedies; however, as the cruel and

unusual punishment of this program is ever evolving and changing with new tactics and ways to torture me it becomes impossible to grieve every specific.

45. The program was created by Cpt. Hanna, Lt. Michael Means, Mental Director Shanna, Mental Health therapist Erin, and Major Milligan & Deputy Warden Wise. It was reviewed, approved, and authorized for enforcement by Warden Ceisini. The program is then enforced by the directive (verbal, email, or written) of the above mentioned people to the lower ranked individuals, failure to enforce it or encourage to stand up for one's rights (e.g. Lt. Lewis Buckle) results in a reprimand and possible movement, pay effected or other disipline action.

46. The program has done the following:

— Denied to see my dead daughter's, Mariah, video funeral

— Removed ability to recieve or send out legal mail or personal mail

— Destruction of all my books and book catelogs

— Destruction and/or removal of photo's of my loved ones

— Removal of all my property

— Destruction of my TV

— Destruction of my key lock (this in itself is torture because they are aware due to mental conditions, I

(26)

Cannot remember my code.

— Forcing Mental Health medication though I am not court ordered and for years it was indicated I do NOT need them

— Destruction of all my religious items (i.e. Runes, Thor's Hammer, Adder Stone, Altar, Altar Items, Pictures of the God/Goddess, and handmade statues of the Gods.

— Denial of personal calls

— Cancellation of all court visits (what DOC told them I do not know)

— Dictating who I spoke to on the street and in prison. And monitoring anyone who spoke to me, and whoever spoke to me or hung out with me was questioned by Cpl. Hanna, Various Mental Health Individuals (Usually Erin) or a designated staff by Deputy Warden Wise. Per these inmates and my loved ones on the street, they were advised what to say, what not to say, threatened, and even told slanderous information about me. Causing isolation and more.

— Removal of my ability to attend Asatru Services (Asatru includes druidry)

— Dictating and choosing what book I would read 6 hours a day.

— Renual of access to any other books, books sent in, library, religious library, law library and threatening all inmates if they provide me a book w/class one write-ups

— Forcing a guilty write-up against policy

(27)

48. The program has unknown amount of phases. The program was originally suppose to be six months. Then they changed the program to one year due to my refusal to sign for it. The program is then forced, and classified as a mental health & DOC Behaviorial Modification program w/o any due process and put in place on false pretenses and lies, in efforts for #1 A coverup to the attacks on me & #2 For an obssessed mental health therapist Erin who insist I am equal to the joker w/o the ability to commit his crimes and she is my HarleyQuinn.

49. I requested to be removed off the mental health roster and was denied.

50. I requested to be taken off all medications and was denied.

51. Any and all refusal to comply with any aspect of this forced program, complaining to my loved ones by phone, or if someone else complains on my behalf (they have their phone's shut off; e.g. Oscar Williams or privalages removed without due process to discourage anyone helping me or even mentioning my name by phone) results in starting back at Phase One of the program.

52. My job was removed and good time taken, without rationale. Without due process. Just done.

<u>Explanation of Phase One</u>

53. Before I go into explanation of phase one, let me say, I wish I was making this program up

(28)

54. Phase One Description

— This is conducted, boldly enough, on camera. It is conducted on a false basis and was started twice. Once October 09, 2023 till approx. October 29, 2023 / November 03, 2023. And then again from November 16, 2023 till December 5, 2023.

— Was placed in the program without being suicidal or homicidal; in fact when your suicidal or homicidal there is suppose to be an observor; there wasn't.

— It was conducted in what has now be labeled as the icebox. This is a stripped cell except a toilet and sink and thin mattress on the stone floor. It is conducted in the one like this directly accross from Merit office. It is conducted in that cell because maintence has modified it so that air conditioner can be turned on solely blowing in that cell by day, and at night pull in the outside tempurature air and blow it in the cell. Water in the toliet would have a thin sheet of ice on it. I could see my breath.

— No hygiene allowed except after 10 days given access only once to a shower, no toothbrush or toothpaste till day 18.

— No watches or clocks available

— No communication except by M.H. Erin who insisted I talk to her and admit I cared about her.

(29)

— No Clothes till certain Day

— Crayons given day 17 for 3 hours and single word Search

— Book given Day 14 (? exact unsure), and if don't read and talk about threaten to restart phase one

— Any non-eating or wanting to fast is threatened by Phase one.

— Denial all religious items and practices

COUNT SIX

55. Per Sgt. Biles I will stay in STB until I am killed or released from prison. Per Sgt. Biles he stated, along with Counselor Bernard (in charge of program placement) that per Bill Evans, I will never be placed in any Court ordered program permitting me to leave in less than 5 years and will be here till 2040.

56. Per Lt. Michael Means and Sgt. Biles I will never be allowed to go back to Merit building because I act queer and am transgender

57. Per returned grievances by St. Lt. Blades, I will not recieve any relief for nearly any of my grievances, and everything is beyond the scope of the grievance process.

58. Per Mental Health Director Shanna, who blocked Dr. Raab from giving me my treatments and my endcrology appointment, if I wanted to recieve treatments I would have to get them as I did prior sucking officers dick

(30)

## Results

59. I live my life daily in fear

60. I do not sleep well

61. I'm constantly on edge and every moment of the day think about death, when I have not thought about such for over 2 years

62. I tell no truth to mental health now and if I do I mix it with lies, because they lie in my record anyhow

63. I'm more depressed than I've ever been

64. I'm tortured daily by officers taunting me about what I've gone thru

65. I'm labeled crazy by nurses who prior had a good repor with and even attracted to

66. I've given my life to Odin, as it is the only thing and the oaths I've taken that's "barely" keeping me alive

67. I've gotten in two fist fights, one involved a shank

68. Protection from another inmate had to be paid for in ways I'd rather not discuss

69. I've constant nightmares

70. I've been sexually assaulted multiple times, and only recently stopped because I had to beat them up and I don't believe in violence

71. Security constantly laughs at me

72. If I report any security issues, they come on the Quad and announce it loud placing my life in danger, so I won't come to them. This has been allegedly ordered by

(31)

Deputy Warden Wise.

## Exhuastion

73. Attempts to resolve, by exhaustion have been futile; though I have tried by all means in accordance to policy 4.4. I have filed grievances, tickets to the Major (Security, Superindentant) via tablet, Security threats via tablet, filed PREA's, in-house-mail, and even face to face communications with the Warden & Major & Cpt. Hanna, Deputy Warden and Lt. Means myself. They have all been futile. In fact Cpl. Scott Bradley laughed stating, "You know by the time this goes thru the court process, we'll have gotten ours. So, I don't know why you keep fighting." I am up against "the good old boys" looking out for one another, and people who are friends with Masons (something I'm not and wish I was)*.

    *Not for the pull, but for more honorable reasons.

74. Much of said exhaustion, if able/available (as in not electronic or inhousemail) has been attached.

75. Grievances: # 's 612733, 612970, 615470 (Oil & Heating & Saftey)
        615286 (Property), 613961, 613962, 615520, 615788 (Property/Pogram/Grievance Hell)
        616759 (Program) 616760, 615281 (RO Conditions), 616894 (Program/Meals)
        615347 (write-up) 616763 (Jobs) 616716 (Tragedy)
        615274 (Tragedy) 615796 (Hearing)

76. A copy of this lawsuit will be mailed in-house-mail same day Mailed to the Courts, So the Warden has a chance to start correcting stuff.

        (38)

# Relief Requested

I. • For compensatory, Punitive, and Other Damages: $10 Million Dollars & Attorney & Legal & Copy Fee's

II. • Stop all expierments on inmates

III. • Referred to the Federal Court Tribunal For Release Immediately from prison pursuant to Federal Civil Statues

IV. • Permitted attendance to services for Asatru

V. • Provided correct religious diet tray to include all natural meals, pork, beef, and rabbit. Especially certain meats e.g. pork on high days (there's six)

VI. • Provided all religious items listed below (All natural Material)
   — Futhark                          — Asatru Edda
   — Hlath (w/my Runes selected)   — The Masks of Odin
   — Temple of Wotan               — Oath Ring)
   — Evergreen Twig                — Rune Set (Replaced)
   — Altar                         — Altar Cloth
   — Mead Horn                     — Mead in services &
   — Thor's Hammer (All natural)   Substitute of all natural
   — Valknut Medallion             honey, pure all natural fruit
   — Horn Cup                      juice and water
   — Staff                         — Ruler Size Staff
   — All Book Uploaded In Religious section of Tablet
   — All my property replaced Including my Runes & Other items

33

VII. All items replaced with equal or newer quality and if unable to or unable to use due to defendants decisions/action be compensated full price, if irreplaceable then compensated finacially

VIII. Ordered to be immediately placed in court ordered program

IX. Ordered to be provided a job that does not involve direct constantly around inmates and still able to hold even if moved or housing changes. Along with a W-2 each year.

X. No problems with my pending name change submitted this year 2024.

XI. Cease all retailation, targeted actions, and remove lower ranked defendants Lt, Sgt, Cpl, or officers from working around me

XII. Removed off all mental health meds and removed from DOC mental health roster

XIII. Removed from the experimental Behaviorial Mod Program

XIIII. Scheduled for outside medical/mental health Specialist Not associated with DOC for a full euualation, and any treatments done by zoom to available of weed oils, edibles, or THC pills made available to Use on street

XX. Modification submitted to courts for compassionate relase with removal of level 4 so I can transfer out of state immediately with family so I'm not killed

(34)

<u>Plaintiff Information</u>
6
<u>Signature</u>

1/22/24
<u>Dated & Signed</u>
&
Mailed

Sir Tiwaz / Cea G. Mai
Sir Tiwaz
a/k/a Cea Gleanbean Mai
#662660
SCI
PO BOX 500
Georgetown, DE 19947

See Exhibit A For Grievances
See Exhibit B for Sworn Statement
See Exhibit C For MSC Evidence

Please Note: Staff destroyed alot
of evidence/records 6 more. I
have a pending lawsuit with this
Court 23-309-GBW & no
records
Also Note: Allegelly I have been
removed from the intersex (D.S.D)
trans watchlist

3 5